THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEITH M. STAUB
Assistant United States Attorney
California Bar Number: 137909
   Room 7516 Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-7423
     Facsimile: (213) 894-7819
     email: keith.staub@usdoj.gov

Attorney for Defendant United States Forest Service



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JOHN BRIGGS MCANDREWS,
an individual, ISABELLE
MCANDREWS, an individual, and
JORGE L. JUAREZ, an individual,

    Plaintiffs,

       v.

MAMMOTH MOUNTAIN SKI
AREA, a business entity of
unknown form; MAMMOTH
MOUNTAIN SKI AREA, LLC, a
California limited liability
company; INTERWEST, INC., a
Canadian corporation;
STARWOOD CAPITAL GROUP,
LLC, a Connecticut limited liability
company; STARWOOD CAPITAL
GROUP GLOBAL, LLC, a
Connecticut limited liability
company; UNITED STATES
FOREST SERVICE, a Federal
governmental agency; and DOES 1-
100, inclusive,

    Defendants.

No. CV09-02241 DSF JTLx

NOTICE OF REMOVAL OF CIVIL
ACTION

[28 U.S.C. § 1442(a)(1)]

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

Pursuant to the provisions of 28 U.S.C. § 1442(a)(1), the United States Forest Service hereby removes the above-entitled action from the Superior Court of the State of California, County of Los Angeles, to this Honorable Court. The grounds for this removal are as follows:

1. On or about April 4, 2008, plaintiffs filed a Complaint in the Superior Court for the State of California, County of Los Angeles, Case No. BC 388455. The complaint alleges a cause of action for wrongful death. A copy of the Complaint and other pleadings filed in the Superior Court are attached hereto as Exhibit 1.

2. This action is one which the defendant is entitled to remove to this Court pursuant to 28 U.S.C. § 1442(a)(1) for the reason that defendant, United States Forest Service, is a federal agency.

3. This action is one which must be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1) for the reason that this Court has original jurisdiction over civil actions for money damages for injury allegedly caused by the negligence of any employee of the United States which purportedly occurred in the course and scope of employment. 28 U.S.C. § 1346(b), et seq. Additionally, this Court has original jurisdiction over all civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.").

4. Removal is timely under 28 U.S.C. § 1446(b) in that the Notice of Removal is being filed within 30 days of service of the complaint herein upon the Office of the United States Attorney.

5. This notice is being filed on behalf of a Federal Defendant and no bond is required under the terms of 28 U.S.C. § 2679(d)(2) ("shall be removed without

bond") and 28 U.S.C. § 2408 ("[s]ecurity for damages or costs shall not be required of the United States, any department or agency thereof or any party acting under the direction of any such department or agency on the issuance of process or the institution or prosecution of any proceeding").

WHEREFORE, Federal Defendant removes the action now pending in the Superior Court of the State of California, County of Los Angeles to the United States District Court for the Central District of California.

DATED:  3/30/09

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

KEITH M. STAUB
Assistant United States Attorney

Attorneys for Federal Defendant

**SUMMONS**
**(CITACION JUDICIAL)**

RECEIVED
MAR 29 2009
Civil Dockets

**SUM-100**

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**CONFORMED COPY**
**OF ORIGINAL FILED**
Los Angeles Superior Court

APR 0 4 2008

John A. Clarke, Executive Officer/Clerk
By _____ , Deputy
D.M. SWAIN

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**

MAMMOTH MOUNTAIN SKI AREA, a business entity of unknown
form; MAMMOTH MOUNTAIN SKI AREA, LLC, a California limited
liability company;  [See Attached Sheet]

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

JOHN BRIGGS McANDREWS, an individual, ISABELLE
McANDREWS, and individual, and JORGE L. JUAREZ, an individual,

SUD (15 atty (PM) 3-609, 3.35 pm

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.  A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: | CASE NUMBER: |
|---|---|
| (El nombre y dirección de la corte es:) | (Número del Caso:) |

Los Angeles Superior Court
111 N. Hill Street
Los Angeles, CA 90071

CASE NUMBER: BC388455

Ams Due: 4-5-09

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es:)

Christian R. Juarez, SBN 175611                    (213) 223-2004
633 W. 5th Street, 26th Floor, Los Angeles, CA 90071

DATE:  APR 0 4 2008   John A. Clarke   Clerk, by   D.M. Swain   , Deputy
(Fecha)                                (Secretario)                (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☐ on behalf of (specify): United States Forest Service,
          a Federal Governmental Agency

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other (specify): Public Entity
4. ☐ by personal delivery on (date):

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

**EXHIBIT** /

4



**Attachment to Summons**

INTERWEST, INC., a Canadian corporation; STARWOOD CAPITAL GROUP, LLC, a
Connecticut limited liability company; STARWOOD CAPITAL GROUP GLOBAL,
LLC, a Connecticut limited liability company; UNITED STATES FOREST SERVICE, a
Federal governmental agency; and DOES 1-100, inclusive,

1  CHRISTIAN R. JUAREZ, SBN 175611
   JUAREZ & ASSOCIATES
2  633 West Fifth Street
   26th Floor
3  Los Angeles, CA 90071

4  Tel: (213) 223-2004
   Fax: (213) 223-2005
5
   Attorneys for Plaintiffs,
6  J. BRIGGS McANDREWS, ISABELLE McANDREWS and
   JORGE L. JUAREZ
7

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

APR 0 4 2008

John A. Clarke, Executive Officer/Clerk

By _____ Deputy
        D.M. SWAIN

8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                   **FOR THE COUNTY OF LOS ANGELES**

10

11  JOHN BRIGGS McANDREWS, an                 )  Case No.
    individual,  ISABELLE McANDREWS, and      )
12  individual, and JORGE L. JUAREZ, an        )          BC388455
    individual,                                )
13                                             )
                                               )  **COMPLAINT FOR DAMAGES FOR**
14           Plaintiffs,                       )  **WRONGFUL DEATH**
                                               )
15  vs.                                        )
                                               )
16                                             )
    MAMMOTH MOUNTAIN SKI AREA, a              )
17  business entity of unknown form;           )
    MAMMOTH MOUNTAIN SKI AREA, LLC,           )
18  a California limited liability company;    )
    INTERWEST, INC., a Canadian corporation;   )
19  STARWOOD CAPITAL GROUP, LLC, a            )
    Connecticut limited liability company;     )
20  STARWOOD CAPITAL GROUP GLOBAL,            )
    LLC, a Connecticut limited liability company; )
21  UNITED STATES FOREST SERVICE, a           )
    Federal governmental agency; and DOES 1-   )
22  100, inclusive,                            )
                                               )
23                                             )
           Defendants.                         )
24  _____ )

25

26

27

28

                                    1

                        **COMPLAINT FOR DAMAGES**

1       COMES NOW Plaintiffs JOHN BRIGGS McANDREWS, ISABELLE McANDREWS,

2  and JORGE L. JUAREZ, (collectively "PLAINTIFFS," herein) alleging as follows:

3       1.  At all times mentioned herein, plaintiff JOHN BRIGGS McANDREWS was and is a

4  resident of the State of New York and the parent and heir at law of decedent John Scott

5  McAndrews.

6       2.  At all times mentioned herein, plaintiff ISABELLE McANDREWS was and is a

7  resident of the State of New York and the parent and heir at law of decedent John Scott

8  McAndrews.

9       3.  At all times mentioned herein, plaintiff JORGE L. JUAREZ was and is a resident of

10  the City of Granada Hills, County of Los Angeles, State of California and the parent and heir at

11  law of decedent James Juarez.

12       4.  PLAINTIFFS are informed and believe and on that basis allege that at all times

13  mentioned herein defendant MAMMOTH MOUNTAIN SKI AREA ("SKI AREA") is a

14  business of unknown form, owned and operated by other named defendants as set forth below

15  and other unnamed defendants as set forth below.  PLAINTIFFS are informed and believe and

16  on that basis allege that the SKI AREA operates wholly upon and within land owned and

17  controlled by defendant UNITED STATES FOREST SERVICE under a special use permit.

18       5.  PLAINTIFFS are informed and believe and on that basis allege that at all times

19  mentioned herein defendant MAMMOTH MOUNTAIN SKI AREA, LLC., is a limited liability

20  company organized and existing under the laws of the State of California.  PLAINTIFFS are

21  informed and believe and on that basis allege that at all times mentioned herein defendant

22  MAMMOTH MOUNTAIN SKI AREA, LLC, was and is an owner and/or operator of the SKI

23  AREA with its principal place of business located within the County of Mono, State of

24  California.

25       6.  PLAINTIFFS are informed and believe and on that basis allege that at all times

26  mentioned herein defendant INTRAWEST, INC., is a corporation organized and existing under

27  the laws of Canada.  PLAINTIFFS are informed and believe and on that basis allege that at all

28  times mentioned herein defendant INTRAWEST, INC., was and is an owner and/or operator of

2

1   the SKI AREA with its principal place of business located in Vancouver, British Columbia,

2   Canada.

3       7. PLAINTIFFS are informed and believe and on that basis allege that at all times

4   mentioned herein defendant STARWOOD CAPITAL GROUP, LLC., is a limited liability

5   company organized and existing under the laws of the State of Connecticut. PLAINTIFFS are

6   informed and believe and on that basis allege that at all times mentioned herein defendant

7   STARWOOD CAPITAL GROUP, LLC, was and is an owner and/or operator of the SKI AREA

8   with its principal place of business located within the City of Greenwich, State of Connecticut.

9       8. PLAINTIFFS are informed and believe and on that basis allege that at all times

10   mentioned herein defendant STARWOOD CAPITAL GROUP GLOBAL, LLC., is a limited

11   liability company organized and existing under the laws of the State of Connecticut.

12   PLAINTIFFS are informed and believe and on that basis allege that at all times mentioned herein

13   defendant STARWOOD CAPITAL GROUP GLOBAL, LLC, was and is an owner and/or

14   operator of the SKI AREA with its principal place of business located within the City of

15   Greenwich, State of Connecticut.

16       9. PLAINTIFFS allege that at all times mentioned herein defendant UNITED STATES

17   FOREST SERVICE was and is the owner of, and exercises control over, the land on which the

18   SKI AREA exists.

19       10. The true names and capacities of defendants sued herein as Does are unknown to

20   PLAINTIFFS and therefore are sued under such fictitious names. PLAINTIFFS are informed

21   and believe, and based upon such information and belief allege that defendants sued herein as

22   Does are in some manner responsible for the acts and damages herein alleged. PLAINTIFFS

23   will amend this complaint when the true names and capacities of such fictitiously named

24   defendants are ascertained.

25       11. PLAINTIFFS are informed and believe and based thereon allege that in doing the acts

26   herein alleged each defendant was acting as the agent, employee, principal, and/or representative

27   of each other defendant and acting within the scope of said agency, employment, position and/or

28

COMPLAINT FOR DAMAGES

1 │ representation with the full knowledge and consent of each other defendant. PLAINTIFF will

2 │ hereafter refer to all defendants collectively as "DEFENDANTS."

3 │      12. PLAINTIFFS are informed and believe and based thereon allege that one or more of

4 │ the DEFENDANTS has its principal place of business outside the State of California and has

5 │ failed to designate a county of residence and, therefore, this action may be brought in any county

6 │ within the State of California.

7 │ **FACTS RELEVANT TO ALL CAUSES OF ACTION**

8 │      13. DEFENDANTS, and their predecessors in interest, have been aware since at least the

9 │ early 1980's of a hazardous condition which is present at the SKI AREA. Specifically, the SKI

10 │ AREA is located on an inactive volcano, at various points poisonous gases are emitted from

11 │ underground through fumaroles, which is basically a vent for these poisonous gases to escape.

12 │ If a person is exposed to the poisonous gases, he or she may suffer serious bodily injury and/or

13 │ death in a matter of minutes. DEFENDANTS, and their predecessors in interest had been

14 │ warned of the dangers associated with the fumerole by various governmental agencies including

15 │ the United States Geological Survey and Cal-OSHA.

16 │      14. Despite warnings of the danger of serious bodily injury and/or death,

17 │ DEFENDANTS failed to take reasonable steps and failed to take reasonable precautions to

18 │ protect occupiers and invitees from the known dangerous condition at the SKI AREA.

19 │      15. On April 6, 2006, as a direct and proximate result of DEFENDANTS' failure to heed

20 │ warnings and DEFENDANTS' failure to take reasonable steps to protect occupants and invitees

21 │ from a known dangerous condition, decedents John Scott McAndrews, James Juarez, along with

22 │ Walter Rosenthal, were exposed to fatal levels of poisonous gases emitted from a fumerole

23 │ located at the SKI AREA.

24 │      16. PLAINTIFFS are informed and believe that one of the DEFENDANTS may have

25 │ been the employer of decedents John Scott McAndrews and James Juarez but given the transition

26 │ of ownership of the SKI AREA which occurred at or about the time of their deaths, it is unclear

27 │ which defendant, if any, was the actual employer.

28 │

4

**COMPLAINT FOR DAMAGES**

## FIRST CAUSE OF ACTION

### (Wrongful Death Against All DEFENDANTS)

17.  PLAINTIFFS reallege each and every paragraph of this Complaint as though fully set forth herein.

18.  As owners and/or operators who managed and controlled the SKI AREA, DEFENDANTS owed a duty to occupiers and invitees to take reasonable steps to protect them from the poisonous gases emitted from the fumerole located at the SKI AREA.

19.  DEFENDANTS breached their duty to protect occupants and invitees from the known dangerous condition at the SKI AREA by negligently and/or recklessly failing to take reasonable precautions to protect occupants and invitees from the poisonous gases emitted by the fumerole.

20.  As a direct and proximate result of DEFENDANTS breach of duty, PLAINTIFFS have been damaged in an amount to be proved at trial including damages for loss of love, comfort, companionship, society, affection, solace and moral support from the respective children, decedents John Scott McAndrews and James Juarez.

21.  In committing the acts herein alleged including failing to heed warnings and failing to take reasonably necessary precautions to protect against serious bodily injury and/or death, DEFENDANTS have acted with conscious disregard of the rights of PLAINTIFFS and their children, decedents John Scott McAndrews and James Juarez, thereby warranting the imposition of exemplary damages in an amount to be determined by the trier of fact at trial.

WHEREFORE, PLAINTIFFS pray the court for judgment as follows:

1.  For compensatory damages according to proof.

2.  For exemplary damages as determined by the trier of fact.

3.  For reasonable attorney's fees to the extent allowed by law;

4.  For costs incurred herein; and

5.  For such other and further relief as the court deems proper.

5

10

1  Dated: April 4, 2008                    JUAREZ & ASSOCIATES

2

3

4                                    By: _____
                                          Christian R. Juarez
5

6  Attorneys    for    Plaintiffs    J.    Briggs
   McAndrews,  Isabelle  McAndrews,  and
7  Jorge L. Juarez.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

CHRISTIAN R. JUAREZ, SBN 175611
JUAREZ & ASSOCIATES
633 West Fifth Street
26th Floor
Los Angeles, CA 90071

Tel: (213) 223-2004
Fax: (213) 223-2005

Attorneys for Plaintiffs,
J. BRIGGS McANDREWS, ISABELLE McANDREWS and
JORGE L. JUAREZ

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| JOHN BRIGGS McANDREWS, an individual, ISABELLE McANDREWS, and individual, and JORGE L. JUAREZ, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> MAMMOTH MOUNTAIN SKI AREA, a business entity of unknown form; MAMMOTH MOUNTAIN SKI AREA, LLC, a California limited liability company; INTERWEST, INC., a Canadian corporation; STARWOOD CAPITAL GROUP, LLC, a Connecticut limited liability company; STARWOOD CAPITAL GROUP GLOBAL, LLC, a Connecticut limited liability company; UNITED STATES FOREST SERVICE, a Federal governmental agency; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. BC388455 <br><br><br><br><br><br><br> **NOTICE OF CONTINUED CASE MANAGEMENT CONFERENCE** <br><br><br> Date: March 11, 2009 <br> Time: 8:30 a.m. <br> Dept.: 33 |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on December 11, 2008, the Court ordered the Case
Management Conference heard on that same date continued to **March 11, 2008 at 8:30 a.m. in**

1

NOTICE OF CONTINUED CASE MANAGEMENT CONFERENCE

12

1  **Department 33** of the above-entitled court located at 111 N. Hill Street, Los Angeles, California

2  90012.

3  Dated: February _11_, 2008                    JUAREZ & ASSOCIATES

4

5

6                                               By:_____

7                                                    Christian R. Juarez

8                                               Attorneys for Plaintiffs J. Briggs
                                                McAndrews, Isabelle McAndrews, and
9                                               Jorge L. Juarez.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2

NOTICE OF CONTINUED CASE MANAGEMENT CONFERENCE

13

1   CHRISTIAN R. JUAREZ, SBN 175611
  JUAREZ & ASSOCIATES
2   633 West Fifth Street
  26th Floor
3   Los Angeles, CA 90071

4   Tel: (213) 223-2004
  Fax: (213) 223-2005
5

6   Attorneys for Plaintiffs,
  J. BRIGGS McANDREWS, ISABELLE McANDREWS and
7   JORGE L. JUAREZ

8            **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9               **FOR THE COUNTY OF LOS ANGELES**

10

11   JOHN BRIGGS McANDREWS, an      )    Case No. BC388455
  individual, ISABELLE McANDREWS, and )    (Assigned for All Purposes to the Hon.
12   individual, and JORGE L. JUAREZ, an    )    Charles F. Palmer, Dept. 33)
13   individual,                      )

14           Plaintiffs,          )
                          )
15   vs.                         )
                          )
16   MAMMOTH MOUNTAIN SKI AREA, a    )
17   business entity of unknown form;      )
  MAMMOTH MOUNTAIN SKI AREA, LLC, )
18   a California limited liability company;   )    **NOTICE OF CASE REASSIGNMENT**
  INTERWEST, INC., a Canadian corporation; )    **AND ORDER FOR PLAINTIFF TO GIVE**
19   STARWOOD CAPITAL GROUP, LLC, a   )    **NOTICE**
  Connecticut limited liability company;   )
20   STARWOOD CAPITAL GROUP GLOBAL, )
21   LLC, a Connecticut limited liability company; )
  UNITED STATES FOREST SERVICE, a   )
22   Federal governmental agency; and DOES 1- )
23   100, inclusive,                )
                          )
24           Defendants.        )
25

26   TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

27

28

                                         1

1    PLEASE TAKE NOTICE THAT on December 23, 2008, the case was reassigned to the

2    Hon. Charles F. Palmer, Dept. 33, for all purposes.  Plaintiff was ordered to give notice of this

3    reassignment as per the attached Exhibit A.

4    Dated: February _11_, 2008

                                            JUAREZ & ASSOCIATES

5

6

7                                    By: _____

8                                          Christian R. Juarez

9                                    Attorneys    for    Plaintiffs    J.    Briggs
10                                   McAndrews,    Isabelle    McAndrews,    and
                                     Jorge L. Juarez.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            2

**EXHIBIT A**

NOTICE SENT TO:

Juarez, Christian R., Esq.
Juarez & Associates
633 West Fifth Street, 26th Floor
Los Angeles          CA   90071

FILE STAMP

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | CASE NUMBER |
|---|---|
| JOHN BRIGGS MCANDREWS ET AL | BC388455 |
| Plaintiff(s), | |
| VS. | |
| MAMMOTH MOUNTAIN SKI AREA ET | **Notice of Case Reassignment and of Order for Plaintiff to Give Notice** |
| Defendant(s). | |

**TO THE PLAINTIFF(S) AND PLAINTIFF'S ATTORNEY OF RECORD or PLAINTIFF(S) IN PROPRIA PERSONA:**

YOU ARE HEREBY NOTIFIED that effective January 2, 2009, an order was made that the above-entitled action, previously assigned to Charles C. Lee, is now and shall be assigned to Charles F. Palmer as an Individual Calendar (IC), direct calendaring judge for all purposes, including trial, in Department 33. (See Chapter 7, Los Angeles Court Rules.) All matters on calendar in this case will remain set on the dates previously noticed, in the Department indicated above unless otherwise ordered by the court.

NOTICE IS FURTHER GIVEN that the order directs that plaintiff and counsel for the plaintiff shall give notice of this all purpose case assignment by serving a copy of this Notice on all parties to this action within 10 days of service of this Notice by the court, and file proof of service thereof within 12 days of this Notice. Failure to timely give notice and file proof of service may lead to imposition of sanctions pursuant to Code of Civil Procedure Section 177.5 or otherwise.

### CERTIFICATE OF MAILING

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Reassignment and Order upon each party or counsel named above by depositing in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown above with the postage thereon fully prepaid.

Date: December 23, 2008                    John A. Clarke, EXECUTIVE OFFICER/CLERK

By   C. CHESEBRO          ,Deputy Clerk

17

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On March 31, 2009, I served **Notice of Removal of Civil Action** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.   On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: March 31, 2009.  Place of mailing: Los Angeles, California.

Person(s) and/or Entity(s) to Whom mailed:

Christian R. Juarez
Juarez & Associates
633 West Fifth Street
26th Floor
Los Angeles, CA 90071

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: March 31, 2009 at Los Angeles, California.

ZENAIDA A. ROSACIA

COPY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| John Briggs McAndrews, an individual, Isabelle McAndrews, an individual, and Jorge L. Juarez, an individual, | See Attachment 1 |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Christian R. Juarez<br>Juarez & Associates<br>633 West Fifth Street, 26th Floor, Los Angeles, CA 90071 | See Attachment 1 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☐ 3 Federal Question (U.S. Government Not a Party)

☑ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding    ☑ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes   ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No   ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. 2679(d)(2) .

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☑ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number: _____  CV09-02241

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                         CIVIL COVER SHEET                         Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
　　　　　　　　　　　　　☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
　　　　　　　　　　　　　☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
　　　　　　　　　　　　　☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)　List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐　Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Juarez (Los Angeles) | John McAndrews (New York)<br>Isabelle McAndrews (New York) |

(b)　List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☑　Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| U.S. Forest Service (Los Angeles County) | Mammoth Mountain Ski Area LLC (County of Mono, CA); IntraWest (Canada); Starwood Capital Grp. & Starwood Capital Global (Connecticut) |

(c)　List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
　　　**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | County of Mono, CA |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date  3/31/09

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |

1   <u>Attachment 1</u>

2

3   Defendants,

4   Mammoth Mountain Ski Area, a business entity of unknown form; Mammoth Mountain Ski area,

5   LLC, a California limited liability company; Interwest, Inc., a Canadian corporation; Starwood

6   Capital Group, LLC, a Connecticut limited liability company; Starwood Capital Group Global,

7   LLC, a Connecticut limited liability company; UNITED STATES FOREST SERVICE, a Federal

8   governmental agency; and DOES 1-100, inclusive.

9

10

11   Attorney for the United States of America,

12   THOMAS P. O'BRIEN
     United States Attorney
13   LEON W. WEIDMAN
     Assistant United States Attorney
14   Chief, Civil Division
     KEITH M. STAUB
15   Assistant United States Attorney
     Room 7516 Federal Building
16   300 North Los Angeles St.
     Los Angeles, CA 90012
17   (213) 894-7423

18

19

20

21

22

23

24

25

26

27

28